UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDDIE TEMPLE d/b/a CRAIGSPIMP.COM, et <br><br> Defendants. | Case No.: C 09-4738 JW (PVT) <br><br> **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO TAKE THIRD PARTY DISCOVERY** |

Currently pending before the court is Plaintiff's Administrative Motion for 1) Leave to Take Third Party Discovery, and 2) Relief from the Order Setting Date for Default Judgment Hearing.[1] The portion of the motion regarding discovery is automatically referred to the assigned Magistrate Judge by virtue of the Court's San Jose Division's Standing Order Regarding Case Management in Civil Cases. Based on the motion and the file herein,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to take third party discovery is GRANTED. Plaintiff may conduct discovery for the purposes of determining the damages to which it is entitled as a result of Defendants' conduct.

Dated: *8/13/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*